UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA A. LAPIN,

                    Plaintiff,

-against-

JOHN DOE "23RD ST"; JOHN DOE "GREENVILLE SENDER,"

                    Defendants.

22-CV-4144 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. In order to proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an online payment in the amount of $402.00, which is not an acceptable form of payment. The Court therefore directs the Clerk of Court to cancel or return to Plaintiff this online payment.

    The Court directs Plaintiff, within 30 days, to pay the $402.00 in fees using an acceptable payment method. A plaintiff can pay the filing fees with a certified bank check or money order (payable to the "Clerk of Court-S.D.N.Y."), either in person or by mail to: Cashiers, Room 120, 500 Pearl Street, New York, NY 10007. Alternatively, the filing fees can be paid in cash or with a credit card, in person at one of the courthouses. Wiring is also an acceptable form of payment, and wiring instructions are attached. Further information concerning means of payments is available from the Clerk's Office. Plaintiff should indicate when submitting payment that it is for the action under this docket number, 22-CV-4144 (LTS).

## CONCLUSION

The Clerk of Court is directed to return to Plaintiff his online payment of $402.00. The Court directs Plaintiff to submit the $402.00 in fees for this civil action using an acceptable method of payment. Plaintiff must tender payment within 30 days of the date of this order.

If Plaintiff fails, within 30 days of the date of this order, either to pay the filing fees using an acceptable form of payment or to submit an IFP application, the action will be dismissed without prejudice to Plaintiff's refiling it.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 27, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

# Instructions for Initiating Wires Transfers to the Court through the Treasury's Credit Gateway System

The transfer should be made through the Treasury Credit Gateway System (CGS). If the originating bank does not have an account at a Federal Reserve Bank, they must utilize the services of correspondent banks when making an CGS deposit. The information needed to complete the transfer is as follows (indicating who provides that information):

**Type/Subtype Code** - entered by the sender

**Amount** - entered by the sender

**Receiver ABA Routing Number** - This identifies the receiving financial institution. The nine-digit identifier for the Treasury is **021030004**

**Receiver ABA Short Name**- The short name for the Treasury is **TREAS NYC**

**Swift Number (Foreign wires only) - FRNYUS33**

**Business Function Code** - This identifies the business reason for the payment. The default code is **Customer Transfer (CTR)**, or Customer Transfer Plus (CTP) may also be used.

**Beneficiary Identifier (Account Number)** - This identifies our court to the Treasury so they know where to apply the funds. For this transaction, please use: **00004654**

**Beneficiary Name** - the name of the court is critical and the one used for our court should be: **US District Courts-Southern District of New York**

**Originator** - Identifies the name of the originator of the payment. This is the name under which the funds will be receipted.

**Originator to Beneficiary Information** - This information identifies the purpose of the payment, including the case number, party name and other identifying information for proper posting of the payment.

The information in red is the information your bank will need to properly credit the funds to our Treasury Account. All other information is provided by the you or your bank.

No monies should be sent to the court until after the order is signed by the judge. A copy of the Court order should then be forwarded to the Finance Department prior to wiring any funds.

Orders and questions regarding wiring monies to the court should be sent to:

 nysd_financeadmin@nysd.uscourts.gov