```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA A. LAPIN,

                Plaintiff,

-against-

JOHN DOE "23RD STREET"; JOHN DOE "GREENVILLE SENDER,"

                Defendants.

22-CV-4144 (GHW)

ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: August 5, 2022
       New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge